```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :   MISDEMEANOR
                                      INFORMATION
         -v.-
                                      08 CRIM 475
WILLIAM NKRUMAH,

              Defendant.          :

- - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

On or about June 26, 2006, in the Southern District of New York and elsewhere, WILLIAM NKRUMAH, the defendant, unlawfully, willfully, and knowingly did possess a false identification document with the intent that such document be used to defraud the United States, to wit, NKRUMAH possessed a false New York City birth certificate with the intent to use it to defraud the United States to obtain a United States passport.

(Title 18, United States Code, Section 1028(a)(4).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 8 2008

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**WILLIAM NKRUMAH,**

Defendant.

---

**INFORMATION**

08 Cr.

(8 U.S.C. § 1028(a)(4).)

MICHAEL J. GARCIA
United States Attorney.

---