**LAW OFFICES OF BETH FARBER**
80 PINE STREET 33RD FL
NEW YORK, NY 10005
TEL: (212) 785-4275
FAX: (212) 785-4075
FARBER@BETHFARBERLAW.COM



June 20, 2008

The Honorable Frank Maas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10005

Re.: *United States v. William Nkrumah*
~~08-MAG-0350~~ 08CR475

DOC # 10

Dear Judge Maas,

William Nkrumah, the defendant in the above captioned case, was released on February 27, 2008 by United States Magistrate Judge Theordore Katz on certain conditions, including travel restrictions to the metropolitan area.

He would like permission to travel on Friday, June 21 by car to DCU Center in Worcester, Massachusetts to attend a Benny Hinn worship service. He will be returning Sunday June 22, 2008.

Mr. Nkrumah would also like to travel by car on Saturday June 28<sup>th,</sup> to Woodbridge, Virginia to attend a family gathering. He would be staying at 740 Willoughby Lane and attending the gathering at 16934 Monmouth Court. He will be returning Sunday June 29th, 2008.

Glen Kopp, the AUSA assigned to this case, has no objection to this request. Attached is an order modifying Mr. Nkrumah's conditions of release to allow him travel on the two dates noted above.

Thank you very much for your attention in this matter.

Approved.
So ordered
and try for
US [illegible]
6/20/08

Sincerely yours,

Beth M. Farber